HANNA A. VERSTANDIG, Respondent, *v.* BABBETTE SCHLAFFER, Individually and as Executrix of WOLFGANG SCHLAFFER, Deceased, et al., Appellants.

Submitted April 7, 1947; decided April 17, 1947.

Return of remittitur requested and when returned it will be amended to provide that the judgments are reversed and a new trial granted, with costs to abide the event, solely upon the question whether the parties can be restored to their *status quo* and, if so, upon what terms rescission shall be decreed. [See 296 N. Y. 62.]